THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALERIE JACKSON,<br><br>               Plaintiff,<br><br>   v.<br><br>STATE FARM INSURANCE COMPANY,<br>an automobile insurance company licensed to<br>do business in the state of Washington,<br><br>               Defendant. | Case No. 2:25-cv-00392-JNW<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER EXTENDING TRIAL DATE RELATED DATES<br><br>**Note on Motion Calendar:**<br>**October 23, 2025** |

## STIPULATION AND MOTION

The parties to this action, by and through the undersigned counsel, hereby stipulate extending the case schedule deadlines, including the trial date. Good cause exists for the short continuance of these deadlines because plaintiff is in the process of completing discovery responses, plaintiff's continuing treatment is generating additional medical records, which will take time to collect, the parties have agreed upon an FRCP 35 examination to take place on December 19, 2025, and the defense experts conducting the exam as well as preparing expert reports, will need additional time to prepare their reports. Further, the parties have been attempting to resolve this action in the contractual phase of this stipulated bifurcated case and wish to continue to do so while additional medical records and expert opinions are obtained.

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
EXTENDING EXPERT DISCLOSURE DEADLINE - 1
NO. 2:25-cv-00392-JNW

JENSEN MORSE BAKER PLLC
520 PIKE STREET, SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

The parties respectfully ask the Cort that the case deadlines, including the bifurcation deadlines, be amended as follows:

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | November 24, 2025 | January 26, 2026 |
| Defendant files motion to further bifurcate lawsuit | October 31, 2025 | January 31, 2026 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | December 24, 2025 | February 25, 2026 |
| All motions related to discovery must be filed by | December 24, 2025 | February 25, 2026 |
| Initial disclosures regarding extracontractual causes of action | November 3, 2025 | February 7, 2026 |
| Discovery must be completed by | January 23, 2026 | March 23, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | February 23, 2026 | April 25, 2026 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | April 23, 2026 | May 23, 2026 |
| All motions in limine must be filed by | May 13, 2026 | July 12, 2026 |
| Deposition Designations must be submitted to the Court by | June 1, 2026 | August 3, 2026 |
| Agreed pre-trial order due | June 1, 2026 | August 3, 2026 |
| Trial briefs must be filed by | June 8, 2026 | August 10, 2026 |
| BENCH TRIAL begins | June 22, 2026 | September 28, 2026 |

RESPECTFULLY SUBMITTED this 23rd day of October, 2025.

**JEFFREY S. FLOYD & ASSOCIATES**

*(Per email authorization of 8.23.2025)*
By s/ *Jeffrey S. Floyd*
Jeffrey S. Floyd, WSBA No. 14730
jeff@jsfloydlaw.com
Attorneys for Plaintiff Valerie Jackson

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING EXPERT DISCLOSURE DEADLINE - 2
NO. 2:25-cv-00392-JNW

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET, SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**JENSEN MORSE BAKER PLLC**

By *s/ Vasudev N. Addanki*
Steven D. Jensen, WSBA No. 26495
steve.jensen@jmblawyers.com
Vasudev N. Addanki, WSBA No. 41055
vasu.addanki@jmblawyers.com

Attorneys for Defendant State Farm Mutual Automobile Insurance Company, incorrectly sued as "State Farm Insurance Company"

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINE - 3
NO. 2:25-cv-00392-JNW

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET, SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

**ORDER**

Pursuant to the foregoing stipulation of the parties, the trial and related pre-trial dates are amended in accordance with the above stipulation.

IT IS SO ORDERED.

Dated this 23rd day of October, 2025.

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING EXPERT DISCLOSURE DEADLINE - 4
NO. 2:25-cv-00392-JNW

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET, SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550